**Order entered October 7, 2020**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-20-00578-CV

## IN RE EQUINOR TEXAS ONSHORE PROPERTIES F/K/A STATOIL TEXAS ONSHORE PROPERTIES LLC; EQUINOR MARKETING & TRADING (US) INC.; AND EQUINOR NATURAL GAS, LLC, Relators

### Original Proceeding from the 101st Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. DC-19-03022

## ORDER

Before Chief Justice Burns, and Justices Partida-Kipness and Reichek

Based on the Court's opinion of this date, we **CONDITIONALLY GRANT** the petition for a writ of mandamus as to the trial court's order denying relators' plea in abatement. We **ORDER** respondent, within thirty days of the date of this Order, to issue an order granting relators' plea in abatement and file in this Court a copy of its order. Should respondent fail to comply with this Order, the writ will issue.

1

We also **LIFT** the stay of the proceedings in the trial court.


/s/  ROBERT D. BURNS, III
    CHIEF JUSTICE